

U.S. Department of Justice

*United States Attorney*
*District of New Jersey*

---

Zahid N. Quraishi 970 Broad Street, Suite 700 973.645.2909
Assistant United States Attorney Newark, NJ 07102 FAX 973.645.3497

October 14, 2009

**VIA ELECTRONIC FILING**
Honorable Stanley R. Chesler
United States District Judge
U.S. Post Office & Courthouse
1 Federal Square
Newark, New Jersey 07101

 Re: *United States v. Charles D. Conway*
 Civ. No. 09-4578 (SRC)

Dear Judge Chesler:

 Petitioner Charles D. Conway filed a partial petition under 28 U.S.C. § 2255 on September 4, 2009, indicating that a second submission would be forthcoming. By letter dated September 25, 2009, the government noticed the Court and the petitioner of its intent to respond to said motion once completely filed. The second submission was filed on September 28, 2009, although it could not be immediately accessed electronically due to technical errors with the electronic filing.

 The government has been able to review the entire submission, a 212-page document raising numerous claims. The government respectfully requests that it be permitted to file a response no later than December 31, 2009 in order to have sufficient time to research and respond to the numerous issues raised by the petitioner who is no longer in custody.

 Thank you for your attention to this matter.

 Respectfully submitted,

 PAUL J. FISHMAN
 United States Attorney

 s/ Zahid N. Quraishi

 By: ZAHID N. QURAISHI
 Assistant U.S. Attorney

cc: Charles D. Conway *(via regular mail)*