**NOT FOR PUBLICATION**                                                                 **CLOSED**

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHARLES D. CONWAY, : | |
| : | |
| Petitioner, : | |
| : | **Civil No. 09-4578(SRC)** |
| v. : | |
| : | **ORDER** |
| UNITED STATES OF AMERICA, : | |
| : | |
| Respondent. : | |

**CHESLER**, District Judge

      This matter comes before the Court upon Charles Conway's ("Petitioner") Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. Section 2255 (docket item #1). Respondent United States of America filed an opposition to this motion (docket item #17). Petitioner subsequently filed a reply (docket item #22) and various erratum and addendum. After consideration of the parties' briefing, and the Court having opted to rule based on those submissions pursuant to Federal Rule of Civil Procedure 78; and for the reasons discussed in the Opinion filed herewith; and for good cause shown,

    **IT IS** on this 8th day of July, 2010,

    **ORDERED** that the Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. Section 2255 (docket item #1) be and hereby is **DENIED**; and it is further

    **ORDERED** that this case be and hereby is **CLOSED.**

                                                  s/ Stanley R. Chesler
                                            STANLEY R. CHESLER
                                            United States District Judge